United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-41367
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACINTO SANCHEZ-PEREZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-02-CR-122-1
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jacinto Sanchez-Perez appeals his guilty plea conviction for

possession with intent to distribute cocaine.  Sanchez-Perez

argues that 21 U.S.C. §§ 841 (a) and (b) were rendered facially

unconstitutional by Apprendi v. New Jersey, 530 U.S. 466, 490

(2000).  Sanchez-Perez concedes that his argument is foreclosed

by our opinion in United States v. Slaughter, 238 F.3d 580, 581-

82 (5th Cir. 2000)(revised opinion), cert. denied, 532 U.S. 1045

(2001), which rejected a broad Apprendi-based attack on the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

constitutionality of that statute.  He raises the issue only to preserve it for Supreme Court review.  A panel of this court cannot overrule a prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court.  <u>Burge v. Parish of St. Tammany</u>, 187 F.3d 452, 466 (5th Cir. 1999).  No such decision overruling <u>Slaughter</u> exists.  Accordingly, Sanchez-Perez's argument is foreclosed.

AFFIRMED.